# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## MISC. NO. 1:07MC34

IN THE MATTER OF )
)
J. MICHAEL EDNEY )
)
)

## ORDER OF REINSTATEMENT

**THIS MATTER** is before the Court on the petition of J. Michael Edney for the reinstatement of his privilege to practice law before this Court.

On review of the documents submitted in support of his petition, it appears to the Court that Mr. Edney was suspended from practicing law in the United States District Court for the Western District of North Carolina upon receipt of a suspension order issued by the Fourth Circuit Court of Appeals on or about August 23, 1999, based upon the suspension of Mr. Edney's law license by the North Carolina State Bar. Mr. Edney's law license was subsequently reinstated by the State Bar by Order dated April 4, 2000, and his privilege to practice law before the Fourth Circuit Court of Appeals has been reinstated by Order of that Court dated October 24, 2007.

Based on the foregoing, it appears to the Court that Mr. Edney's privilege to practice law in the United States District Court for the Western District of North Carolina should likewise be reinstated.

**IT IS, THEREFORE, ORDERED** that the Petitioner's petition for reinstatement is **ALLOWED**, and J. Michael Edney is hereby reinstated to practice law before the United States District Court for the Western District of North Carolina effective upon entry of this Order.

The Clerk of Court is directed to transmit copies of this Order to all judicial officers of this District and to each divisional office of the Clerk of Court.

Signed: November 5, 2007

Lacy H. Thornburg
United States District Judge